

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Everick L. Monk, Appellant

No. 06-23-00009-CV        v.

Officer Massey, Lt. Vonn, Sgt. Pree, Bowie County Detention Center, et al., Steve Burton, Keith Clark, Brandon Harvel, Joshua Latham, Alan Owens, and S. Hodge, Appellees

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 22C0548-202). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed. Therefore, we dismiss the appeal.

We note that the appellant, Everick L. Monk, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk